No. 97–6070. CONNELLY v. BOROUGH OF FOREST HILLS, PENN-SYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 97–6073. ANDREWS v. LOS ANGELES COUNTY DEPART-MENT OF CHILDREN AND FAMILY SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–6075. CARTER v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 97–6079. FRENZEL v. WYOMING. Sup. Ct. Wyo. Certio-rari denied.

No. 97–6089. BROWN v. UPHOFF, DIRECTOR, WYOMING DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6103. MINK v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 97–6105. HOCHSTEIN v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–6116. PRICE v. MAZURKIEWICZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6137. BROWN v. UNITED STATES. Ct. App. D. C. Cer-tiorari denied.

No. 97–6139. ADEWUSI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6142. SCHERPING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6152. MAYS v. UNITED STATES. C. A. 9th Cir. Cer-tiorari denied.

No. 97–6153. MECCA v. UNITED STATES. C. A. 3d Cir. Cer-tiorari denied.

No. 97–6154. COMEAUX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.